**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Cesar Roland Canis-Pernillo<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:26-mj-01520-DUTY<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for __March 24_____, __2026_____, at __1:30_____ ☐a.m. / ☒p.m. before the Honorable __Charles Eick_____, in Courtroom __640_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __3/23/2026_____

_____
Honorable Maria A. Audero, U.S. Magistrate Judge